206 P.3d 471

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

State v. Rapozo ................................... 29215    04/20/2009    Vacated & remanded

Stanley v. State ................................... 28811    04/21/2009    Affirmed